## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Ginmar Corporate Promotions, Inc. and Gina Cantave v. Cardinal Health, Inc.

Case Number: FILED: JULY 21, 2008
08 cv 4109
JUDGE DARRAH
MAGISTRATE JUDGE COX
JH

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Ginmar Corporate Promotions, Inc. and Gina Cantave

| | |
|---|---|
| NAME (Type or print) <br> Steven E. Schwarz, Esq. | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Steven E. Schwarz, Esq. | |
| FIRM <br> The Law Offices of Steven E. Schwarz, Esq. | |
| STREET ADDRESS <br> 2461 W. Foster Ave., #1W | |
| CITY/STATE/ZIP <br> Chicago, IL 60625 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6217328 | TELEPHONE NUMBER <br> (773) 837-6134 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |