IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GINMAR CORPORATE PROMOTIONS, INC. and GINA CANTAVE,<br><br>           Plaintiffs,<br><br>      v.<br><br>CARDINAL HEALTH, INC.<br><br>           Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.:<br><br><br><br><br><br><br><br>Demand for Jury Trial | FILED: JULY 21, 2008<br>08 cv 4109<br>JUDGE DARRAH<br>MAGISTRATE JUDGE COX<br>JH |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Plaintiff Ginmar Corporate Promotions, Inc., through counsel, pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.2 of the Rules of the United States District Court for the Northern District of Illinois, hereby certifies that it has no parent corporation(s) and no publicly held companies own 10% or more of any stock that it may have issued.

DATED:  July 20, 2008

Respectfully submitted,

GINMAR CORPORATE PROMOTIONS, INC. and GINA CANTAVE.

By: /s/ Steven E. Schwarz
Steven E. Schwarz, Esq.
The Law Offices of Steven E. Schwarz, Esq.
2461 W. Foster Ave., #1W
Chicago, IL 60625
Tel:  (773) 837-6134
Fax:  (773) 275-0202

One of their attorneys

Carl J. Mayer, Esq.                               Walter Dale, Esq.

| | |
|---|---|
| MAYER LAW GROUP LLC<br>1040 Avenue of the Americas, Suite 240<br>New York, NY 10018<br>DIRECT: (212) 382-4686<br>FAX: (212) 382-4687 | Law Offices of Walter R. Dale<br>105 W. Madison Ave., 23rd Floor<br>Chicago, IL 60602<br><br>Attorneys for Plaintiffs |

3

## **CERTIFICATE OF SERVICE**

   I, Steven E. Schwarz, an attorney, certify that on July 20, 2008, I caused a true and correct copy of Plaintiff's Corporate Disclosure Statement to be filed with the Clerk of the Court by using the CM/ECF system and that on July 21, 2008, I mailed a copy of Plaintiff's Corporate Disclosure Statement to Defendant using regular first class mail.

                  /s/ Steven E. Schwarz
                  Steven E. Schwarz