IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GINMAR CORPORATE PROMOTIONS, INC. and GINA CANTAVE,<br><br>      Plaintiffs,<br><br>      v.<br><br>CARDINAL HEALTH, INC.<br><br>      Defendant | )<br>)<br>)<br>) No. 08 cv 4109<br>)<br>) Judge Darrah<br>) Magistrate Judge Cox<br>)<br>)<br>) |

**NOTICE OF MOTION FOR
ORDER TO PRESERVE EVIDENCE**

To:    Wendy Hufford, Esq.
         General Counsel
         Cardinal Health, Inc.
         7000 Cardinal Place
         Dublin, OH 43017

       PLEASE TAKE NOTICE that on August 5, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Magistrate Judge Susan E. Cox, in Courtroom 1342, Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, and shall then and there present Plaintiffs' Motion for Order to Preserve Evidence, a copy of which is hereby served upon you.

                                                      /s/ Steven E. Schwarz_____
                                                      Steven E. Schwarz, Esq.
                                                      THE LAW OFFICES OF
                                                      STEVEN E. SCHWARZ, ESQ.
                                                      2461 W. Foster Ave., #1W
                                                      Chicago, IL 60625
                                                      (773) 837-6134 (tel)
                                                      (773) 275-0202 (fax)
                                                      Stevenschwarz23@yahoo.com

                                                      One of Plaintiffs' Attorneys


                                                      Steven E. Schwarz, Esq.
                                                      THE LAW OFFICES OF
                                                      STEVEN E. SCHWARZ, ESQ.
                                                      2461 W. Foster Ave., #1W

|  |  |
|---|---|
|  | Chicago, IL 60625 |
|  | (773) 837-6134 |
| Carl J. Mayer, Esq. | Walter R. Dale, Esq. |
| MAYER LAW GROUP LLC | LAW OFFICES OF WALTER R. DALE |
| 1040 Avenue of the Americas, Suite 240 | 105 W. Madison Ave., 23rd Floor |
| New York, NY 10018 | Chicago, IL 60602 |
| DIRECT: (212) 382-4686 |  |
| FAX: (212) 382-4687 |  |

Attorneys for Plaintiffs

Dated: July 31, 2008

## **CERTIFICATE OF SERVICE**

I, Steven E. Schwarz, an attorney, hereby certify that, on this 31st day of July, 2008, I served the foregoing Notice of Motion For Order To Preserve Evidence on counsel for defendant by first class mail addressed to:

>Wendy Hufford, Esq.
>General Counsel
>Cardinal Health, Inc.
>7000 Cardinal Place
>Dublin, OH 43017

>By: /s/ Steven E. Schwarz
>Steven E. Schwarz, Esq.
>THE LAW OFFICES OF
>STEVEN E. SCHWARZ, ESQ.
>2461 W. Foster Ave., #1W
>Chicago, IL 60625
>(773) 837-6134 (tel)
>(773) 275-0202 (fax)
>Stevenschwarz23@yahoo.com

>Attorney for Plaintiffs

3