IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GINMAR CORPORATE PROMOTIONS, INC. and GINA CANTAVE, ) ) ) | |
| Plaintiffs, ) ) | No. 08 cv 4109 |
| v. ) ) ) | Judge Darrah Magistrate Judge Cox |
| CARDINAL HEALTH, INC. ) ) | |
| Defendant ) | |

**NOTICE OF WITHDRAWAL OF NOTICE
OF MOTION FOR ORDER TO PRESERVE EVIDENCE**

To:   Wendy Hufford, Esq.
      General Counsel
      Cardinal Health, Inc.
      7000 Cardinal Place
      Dublin, OH 43017

   PLEASE TAKE NOTICE that Plaintiff's Notice of Motion for August 5, 2008, at 9:30 a.m., (Dkt. No. 10) is hereby withdrawn.

/s/ Steven E. Schwarz_____
Steven E. Schwarz, Esq.
THE LAW OFFICES OF
STEVEN E. SCHWARZ, ESQ.
2461 W. Foster Ave., #1W
Chicago, IL 60625
(773) 837-6134 (tel)
(773) 275-0202 (fax)
Stevenschwarz23@yahoo.com

One of Plaintiffs' Attorneys


Steven E. Schwarz, Esq.
THE LAW OFFICES OF
STEVEN E. SCHWARZ, ESQ.
2461 W. Foster Ave., #1W
Chicago, IL 60625
(773) 837-6134

Carl J. Mayer, Esq.  
MAYER LAW GROUP LLC  
1040 Avenue of the Americas, Suite 240  
New York, NY 10018  
DIRECT:  (212) 382-4686  
FAX:  (212) 382-4687  

Walter R. Dale, Esq.  
LAW OFFICES OF WALTER R. DALE  
105 W. Madison Ave., 23rd Floor  
Chicago, IL 60602  

Attorneys for Plaintiffs  

Dated:  July 31, 2008

## **CERTIFICATE OF SERVICE**

      I, Steven E. Schwarz, an attorney, hereby certify that, on this 31st day of July, 2008, I served the foregoing Notice of Withdrawal of Notice of Motion For Order To Preserve Evidence on counsel for defendant by first class mail addressed to:

      Wendy Hufford, Esq.
      General Counsel
      Cardinal Health, Inc.
      7000 Cardinal Place
      Dublin, OH 43017

      By:  /s/ Steven E. Schwarz
      Steven E. Schwarz, Esq.
      THE LAW OFFICES OF
      STEVEN E. SCHWARZ, ESQ.
      2461 W. Foster Ave., #1W
      Chicago, IL 60625
      (773) 837-6134 (tel)
      (773) 275-0202 (fax)
      Stevenschwarz23@yahoo.com

      Attorney for Plaintiffs