## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4109 | **DATE** | August 7, 2008 |
| **CASE TITLE** | Ginmar et al. v. Cardinal Health | | |

**DOCKET ENTRY TEXT:**

This case is set for status on August 19, 2008 at 9:00 a.m.

Docketing to mail notices.

| | NM |
|---|---|