AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

GINMAR CORPORATE PROMOTIONS, INC.
and GINA CANTAVE,

CASE NUMBER: 08 cv 4109

V.

ASSIGNED JUDGE: DARRAH

CARDINAL HEALTH, INC.

DESIGNATED
MAGISTRATE JUDGE: COX

TO: (Name and address of Defendant)

Cardinal Health, Inc.
c/o Dan Stelter, Attorney
1430 Waukegan Road
McGaw Park, IL 60085

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Steven E. Schwarz, Esq.
The Law Offices of Steven E. Schwarz, Esq.
2461 W. Foster Ave., #1W
Chicago, IL 60625

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK                                                             DATE

**Michael W. Dobbins, Clerk**

*/s/ Nadine Hinley*

**(By) DEPUTY CLERK**                                                     **August 7, 2008**
                                                                                              Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me [1] | 08/11/08 |
| NAME OF SERVER (PRINT) Steven E. Schwarz | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _Certified mail (see attached green card)_

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  08/16/08
　　　　　　　　Date

Signature of Server

2461 W. Foster Ave., #1W
Chicago, IL 60625
　　Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Cardinal Health, Inc.
c/o Dan Stelter
1430 Waukegan Road
McGaw Park, IL 60085

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery
8-11-08

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered     ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7007 2680 0002 2580 2928

PS Form 3811, February 2004　　Domestic Return Receipt　　102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Steven E. Schwarz, Esq
The Law Offices of Steven E. Schwarz, Esq
2461 W Foster Ave, #1W
Chicago, IL 60625



**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

Search Results

Label/Receipt Number: **7007 2680 0002 2580 2928**
Detailed Results:
- **Delivered, August 11, 2008, 9:40 am, WAUKEGAN, IL 60085**
- **Acceptance, August 07, 2008, 5:56 pm, CHICAGO, IL 60618**

< Back    Return to USPS.com Home >

Track & Confirm
Enter Label/Receipt Number.

Go >

Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  Go >

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA