AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

GINMAR CORPORATE PROMOTIONS, INC.
and GINA CANTAVE,

CASE NUMBER: 08 cv 4109

V.

ASSIGNED JUDGE: DARRAH

CARDINAL HEALTH, INC.

DESIGNATED MAGISTRATE JUDGE: COX

TO: (Name and address of Defendant)

Cardinal Health, Inc.
c/o Illinois Corporation Service C, Statutory Agent
801 Adlai Stevenson Drive
Springfield, IL 62703

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Steven E. Schwarz, Esq.
The Law Offices of Steven E. Schwarz, Esq.
2461 W. Foster Ave., #1W
Chicago, IL 60625

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK                                       DATE

**Michael W. Dobbins, Clerk**

*/s/ Nadine Chirley*
**(By) DEPUTY CLERK**

**August 7, 2008**
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me [1] | 08/11/08 |
| NAME OF SERVER (PRINT) Steven E. Schwarz | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Certified mail (see attached green card)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  08/16/08
Date

Signature of Server

2461 W. Foster Ave., #1W
Chicago, IL 60625
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  *Tom Jarvis*   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>                                                 8-11 |
| 1. Article Addressed to:<br><br>Cardinal Health, Inc<br>c/o Illinois Corporation Service C<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number  7007 2680 0002 2580 2935<br>(Transfer from service label) | |
| PS Form 3811, February 2004    Domestic Return Receipt | 102595-02-M-1540 |

UNITED STATES POSTAL SERVICE | First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Steven E. Schwarz, Esq
The Law Offices of Steven E Schwarz
2461 W. Foster Ave., #1W
Chicago, IL 60625



Home | Help | Sign In

Track & Confirm   FAQs

# Track & Confirm

**Search Results**

Label/Receipt Number: **7007 2680 0002 2580 2935**
Detailed Results:

- **Delivered, August 11, 2008, 9:28 am, SPRINGFIELD, IL 62703**
- **Arrival at Unit, August 11, 2008, 7:57 am, SPRINGFIELD, IL 62702**
- **Acceptance, August 07, 2008, 5:57 pm, CHICAGO, IL 60618**

*Track & Confirm*
Enter Label/Receipt Number.

< Back    Return to USPS.com Home >

**Notification Options**

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.

---

Site Map | Contact Us | Forms | Gov't Services | Jobs | Privacy Policy | Terms of Use | National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA