Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4109 | **DATE** | 8/19/2008 |
| **CASE TITLE** | Ginmar Corporate Promotions, Inc. Vs. Cardinal Health, Inc. | | |

**DOCKET ENTRY TEXT**

Plaintiffs' motion to preserve evidence is granted [8]. Enter Order. Status hearing set for 9/25/08 at 9:00 a.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:10

U.S. DISTRICT COURT

2008 AUG 20 AM 5: 52

FILED

| | Courtroom Deputy Initials: | MF |
|---|---|---|