IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GINMAR CORPORATE PROMOTIONS, INC., *et al.*, | ) ) ) |
| Plaintiffs, | ) ) CASE NO. 08 CV 4109 |
| v. | ) ) Judge John W. Darrah ) Magistrate Judge Cox |
| CARDINAL HEALTH, INC. | ) ) |
| Defendant. | ) |

## NOTICE OF MOTION

TO   ALL COUNSEL OF RECORD:

**PLEASE TAKE NOTICE**, that on Tuesday, September 16, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, Cardinal Health, Inc., by its attorneys, will appear before the Honorable John W. Darrah, or any judge sitting in his stead, in the courtroom usually occupied by him in the United States District Court of the Northern District of Illinois, and then and there present **Defendant Cardinal Health Inc.'s Motion To Transfer Venue**, a copy of which is attached and hereby is served upon you.

Dated: September 2, 2008

Respectfully submitted,

CARDINAL HEALTH, INC.

By:   s/ Lisa T. Scruggs
       One of Its Attorneys

Barbara S. Steiner
Lisa T. Scruggs
JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, IL 60611
Telephone: 312 222-9350
Facsimile: 312 527-0484

## CERTIFICATE OF SERVICE

I, Lisa T. Scruggs, an attorney, certify that on September 2, 2008, I caused the foregoing Notice of Motion to Transfer Venue, to be served upon counsel, named below, by the Court's CM/ECF system.

Robert N. Stein
1450 Rockefeller Building
614 Superior Avenue N.W.
Cleveland, OH 44113
216-781-8040

Carl J. Mayer
Mayer Law Group LLC
1040 Avenue of the Americas, Suite 240
New York, NY 10018
212-382-4686

Steven E. Schwarz
The Law Offices of Steven E. Schwarz
2461 W. Foster Ave., #1W
Chicago, IL 60625
773-837-6134

Walter R. Dale
Law Offices of Walter R. Dale
105 W. Madison Ave., 23rd Floor
Chicago, IL 60602

_____/s/Lisa T. Scruggs_____
Lisa T. Scruggs

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GINMAR CORPORATE PROMOTIONS, INC., *et al.*, | )<br>)<br>) |
| Plaintiff, | ) CASE NO. 08 CV 4109<br>) |
| v. | ) Judge John W. Darrah<br>) Magistrate Judge Cox |
| CARDINAL HEALTH, INC. | )<br>) |
| Defendant. | ) |

## DEFENDANT CARDINAL HEALTH'S MOTION TO TRANSFER VENUE

Pursuant to 28 U.S.C. § 1404(a), Defendant Cardinal Health, Inc. ("Cardinal Health") hereby respectfully moves for a transfer of venue to the United States District Court for the Southern District of Ohio, Eastern Division ("Ohio Court").

This matter should be heard in the Southern District of Ohio, not here. First, all of the substantive legal issues alleged in Plaintiff's action are the subject of a prior pending action that Cardinal Health filed in the Ohio Court on July 18, 2008. *See Cardinal Health, Inc. v. Ginmar Corporate Promotions, Inc.*, Case No. 2: 08 cv 697. Second, the relevant public and private factors weigh heavily in favor of transferring this action to the Ohio Court. Third, given that the dispute between the parties is governed by Ohio law, the interests of justice also favor transfer of this action to the Ohio court. The claims that Plaintiffs Ginmar Corporate Promotions, et al. allege in this action amount to compulsory counterclaims to the case Cardinal Heath filed in Ohio. Therefore this case must be heard in that venue and should not be heard here.

WHEREFORE, Defendant Cardinal Health respectfully requests that the Court grant Cardinal Health's Motion to Transfer Venue and enter an Order transferring this action to the Ohio Court.

CARDINAL HEALTH, INC.

Dated: September 2, 2008

/s/Lisa T. Scruggs
One of Its Attorneys

Barbara S. Steiner
Lisa T. Scruggs
Jenner & Block LLP
330 North Wabash Avenue
Chicago, Illinois 60611-7603
Telephone No. (312) 840-8681
Facsimile No. (312) 840-8781

2

**CERTIFICATE OF SERVICE**

I, Lisa T. Scruggs, an attorney, certify that on September 2, 2008, I caused the foregoing Defendant Cardinal Health's Motion to Transfer Venue, to be served upon counsel, named below, by the Court's CM/ECF system.

| | |
|---|---|
| Robert N. Stein<br>1450 Rockefeller Building<br>614 Superior Avenue N.W.<br>Cleveland, OH 44113<br>216-781-8040 | Carl J. Mayer<br>Mayer Law Group LLC<br>1040 Avenue of the Americas, Suite 240<br>New York, NY 10018<br>212-382-4686 |
| Steven E. Schwarz<br>The Law Offices of Steven E. Schwarz<br>2461 W. Foster Ave., #1W<br>Chicago, IL 60625<br>773-837-6134 | Walter R. Dale<br>Law Offices of Walter R. Dale<br>105 W. Madison Ave., 23rd Floor<br>Chicago, IL 60602 |

    /s/Lisa T. Scruggs
Lisa T. Scruggs

3