IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GINMAR CORPORATE PROMOTIONS, INC. and GINA CANTAVE, | ) ) ) |
| Plaintiffs, | ) No. 08 cv 4109 ) |
| v. | ) Judge Darrah ) Magistrate Judge Cox |
| CARDINAL HEALTH, INC. | ) ) |
| Defendant | ) |

**NOTICE OF MOTION**
**FOR ORDER TO SHOW CAUSE**

To:   Lisa T. Scruggs, Esq.
        Jenner and Block
        330 N. Wabash Ave.
        Chicago, IL 60611-7603

    PLEASE TAKE NOTICE that on September 11, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge John W. Darrah, in Courtroom 1203, Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, and shall then and there present Plaintiffs' Motion for Order to Show Cause, a copy of which is hereby served upon you.

    /s/ Steven E. Schwarz
    Steven E. Schwarz, Esq.
    THE LAW OFFICES OF
    STEVEN E. SCHWARZ, ESQ.
    2461 W. Foster Ave., #1W
    Chicago, IL 60625
    (773) 837-6134 (tel)
    (773) 275-0202 (fax)
    Stevenschwarz23@yahoo.com

    One of Plaintiffs' Attorneys

    Steven E. Schwarz, Esq.
    THE LAW OFFICES OF
    STEVEN E. SCHWARZ, ESQ.
    2461 W. Foster Ave., #1W
    Chicago, IL 60625

                                                   (773) 837-6134

Carl J. Mayer, Esq.　　　　　　　　　　Walter R. Dale, Esq.
MAYER LAW GROUP LLC　　　　　　LAW OFFICES OF WALTER R. DALE
1040 Avenue of the Americas, Suite 240　105 W. Madison Ave., 23rd Floor
New York, NY 10018　　　　　　　　　Chicago, IL 60602
DIRECT:  (212) 382-4686
FAX:  (212) 382-4687

                                                Attorneys for Plaintiffs

                                                Dated:  September 4, 2008

**CERTIFICATE OF SERVICE**

I, Steven E. Schwarz, an attorney, hereby certify that, on this 4th day of September, 2008, I served the foregoing Notice of Motion For Order To Show Cause on counsel for defendant by using the Court's CM/ECF system which will send notice electronically to all counsel of record.

 By:  /s/ Steven E. Schwarz
Steven E. Schwarz, Esq.
THE LAW OFFICES OF
STEVEN E. SCHWARZ, ESQ.
2461 W. Foster Ave., #1W
Chicago, IL 60625
(773) 837-6134 (tel)
(773) 275-0202 (fax)
Stevenschwarz23@yahoo.com

Attorney for Plaintiffs