IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GINMAR CORPORATE PROMOTIONS, INC. and GINA CANTAVE, <br><br> Plaintiffs, <br><br> v. <br><br> CARDINAL HEALTH, INC. <br><br> Defendant | ) <br> ) <br> ) <br> ) No. 08 cv 4109 <br> ) <br> ) Judge Darrah <br> ) Magistrate Judge Cox <br> ) <br> ) <br> ) |

**PLAINTIFFS' MOTION FOR LEAVE
TO REQUEST PRODUCTION OF DOCUMENTS**

Plaintiffs Gina Cantave and Ginmar Corporate Promotions, Inc. ("Ginmar"), through counsel, pursuant to Fed. R. Civ. P. 34(b), hereby move this Court for leave to request that Defendant Cardinal Health, Inc. ("Cardinal") produce its subcontracting plans with the Federal Government. In support thereof, plaintiffs refer to this Motion, their accompanying Memorandum in Support of this Motion, and their oral arguments made in support thereof.

Dated: September 5, 2008                    Respectfully submitted,

                                            GINMAR CORPORATE
                                            PROMOTIONS, INC. and GINA
                                            CANTAVE

                                            /s/ Steven E. Schwarz_____
                                            Steven E. Schwarz, Esq.
                                            THE LAW OFFICES OF
                                            STEVEN E. SCHWARZ, ESQ.
                                            2461 W. Foster Ave., #1W

                Chicago, IL 60625
                (773) 837-6134 (tel)
                (773) 275-0202 (fax)
                Stevenschwarz23@yahoo.com

                One of Their Attorneys

                Steven E. Schwarz, Esq.
                THE LAW OFFICES OF
                STEVEN E. SCHWARZ, ESQ.
                2461 W. Foster Ave., #1W
                Chicago, IL 60625
                (773) 837-6134

| Carl J. Mayer, Esq. | Walter R. Dale, Esq. |
|---|---|
| MAYER LAW GROUP LLC | LAW OFFICES OF WALTER R. DALE |
| 1040 Avenue of the Americas, Suite 240 | 105 W. Madison Ave., 23rd Floor |
| New York, NY 10018 | Chicago, IL 60602 |
| DIRECT:  (212) 382-4686 | |
| FAX:  (212) 382-4687 | |

                Attorneys for Plaintiffs

                Dated:  September 5, 2008

## **CERTIFICATE OF SERVICE**

I, Steven E. Schwarz, an attorney, hereby certify that, on this 5th day of September, 2008, I filed the foregoing Motion For Leave to Request Production of Documents using the Court's CM/ECF system which will send an electronic copy of the document to all counsel registered with that system.

 By:  /s/ Steven E. Schwarz_____
Steven E. Schwarz, Esq.
THE LAW OFFICES OF
STEVEN E. SCHWARZ, ESQ.
2461 W. Foster Ave., #1W
Chicago, IL 60625
(773) 837-6134 (tel)
(773) 275-0202 (fax)
Stevenschwarz23@yahoo.com

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GINMAR CORPORATE PROMOTIONS, INC. and GINA CANTAVE, | ) ) ) | |
| Plaintiffs, | ) ) | No. 08 cv 4109 |
| v. | ) ) | Judge Darrah |
| CARDINAL HEALTH, INC. | ) ) ) | Magistrate Judge Cox |
| Defendant | ) | |

Having given full consideration to all of Plaintiffs' papers, evidence, and the relevant authorities, all of Defendant's responses thereto, and good cause appearing, plaintiffs' motion for leave to request production of documents is GRANTED. It is HEREBY ORDERED as follows:

1. Plaintiffs' Motion for Leave to Request Production of Documents is GRANTED. Plaintiffs may immediately request that Defendant produce its subcontracting plans with the Federal Government.

Dated: _____          _____
                                         JOHN W. DARRAH
                                         United States District Judge