# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| GINMAR CORPORATE PROMOTIONS, INC. and GINA CANTAVE, | ) ) ) |
| Plaintiffs, | ) No. 08 cv 4109 ) |
| v. | ) Judge Darrah ) Magistrate Judge Cox |
| CARDINAL HEALTH, INC. | ) ) |
| Defendant | ) |

**NOTICE OF MOTION FOR LEAVE
TO REQUEST PRODUCTION OF DOCUMENTS**

To: Lisa T. Scruggs, Esq.
  Jenner and Block
  330 N. Wabash Ave.
  Chicago, IL 60611-7603

  PLEASE TAKE NOTICE that on September 11, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge John W. Darrah, in Courtroom 1203, Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, and shall then and there present Plaintiffs' Motion for Leave to Request Production of Documents, a copy of which is hereby served upon you.

/s/ Steven E. Schwarz
Steven E. Schwarz, Esq.
THE LAW OFFICES OF
STEVEN E. SCHWARZ, ESQ.
2461 W. Foster Ave., #1W
Chicago, IL 60625
(773) 837-6134 (tel)
(773) 275-0202 (fax)
Stevenschwarz23@yahoo.com

One of Plaintiffs' Attorneys


Steven E. Schwarz, Esq.
THE LAW OFFICES OF
STEVEN E. SCHWARZ, ESQ.
2461 W. Foster Ave., #1W
Chicago, IL 60625

(773) 837-6134

Carl J. Mayer, Esq.
MAYER LAW GROUP LLC
1040 Avenue of the Americas, Suite 240
New York, NY 10018
DIRECT: (212) 382-4686
FAX: (212) 382-4687

Walter R. Dale, Esq.
LAW OFFICES OF WALTER R. DALE
105 W. Madison Ave., 23rd Floor
Chicago, IL 60602

Attorneys for Plaintiffs

Dated: September 5, 2008

## CERTIFICATE OF SERVICE

I, Steven E. Schwarz, an attorney, hereby certify that, on this 5th day of September, 2008, I served the foregoing Notice of Motion For Leave to Request Production of Documents on counsel for defendant by using the Court's CM/ECF system which will send notice electronically to all counsel of record.

    By: /s/ Steven E. Schwarz_____
Steven E. Schwarz, Esq.
THE LAW OFFICES OF
STEVEN E. SCHWARZ, ESQ.
2461 W. Foster Ave., #1W
Chicago, IL 60625
(773) 837-6134 (tel)
(773) 275-0202 (fax)
Stevenschwarz23@yahoo.com

Attorney for Plaintiffs